**ROGER W. TITUS**                           6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE            GREENBELT, MARYLAND 20770
                                                                           301-344-0052

# M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *Melissa Bediako v. American Honda Finance Corp*
               Civil Case No. RWT-11-0001

DATE:      October 4, 2011

*  *  *  *  *  *  *  *  *

To accommodate a change in the Court's calendar, the hearing on Defendant's Motion to Dismiss previously scheduled for October 14, 2011 at 3:30 p.m. is hereby **RESCHEDULED** for **October 13, 2011** at 2:00 p.m.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                      /s/
                                   ROGER W. TITUS
                        UNITED STATES DISTRICT JUDGE